UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Alfaro, Steven Ivan | Docket No. | 0980 1:18CR02070-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Steven Ivan Alfaro, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 5th day of April 2019, under the following conditions:

**Special Condition #6**: Defendant shall submit to portable Breathalyzer testing up to six times per day. Defendant is responsible for the cost of the device.

**Special Condition #4**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the Unites States Probation/Pretrial service office.

**Special Condition #7**: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the U.S. Probation/Pretrial Services office.

**Special Condition #1**: Defendant shall participate in a program of GPS confinement. Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation. Defendant shall be restricted at all times to his residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Steven Ivan Alfaro is alleged to have failed to submit the scheduled 6 to 7 a.m. Breathalyzer tests on May 15 and 17, 2019, and failed to submit the 10 to 11 a.m. Breathalyzer test on May 24, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 6.

On April 23, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.

On May 16, and 17, 2019, this officer received a daily testing summary report from Smart Start regarding Breathalyzer results. The daily summary report indicated the defendant failed to submit to Breathalyzer testing during the 7 to 8 a.m. testing period on each of those dates. The defendant was confronted regarding his failure to comply. He advised the reason he missed the tests was because he overslept. Despite the defendant having missed these tests, to his credit, all tests provided have returned with negative results. As a result of this noncompliance, the defendant was given a verbal reprimand and was reminded of his requirement to submit to testing as scheduled. On May 28, 2019, this officer received the daily summary report indicated the defendant failed to submit to Breathalyzer testing during the 10 to 11 a.m. testing period on May 24, 2019.

Re: Alfaro, Steven Ivan
May 28, 2019
Page 2

Furthermore, on May 28, 2019, this officer received a notice from Smart Start indicating the defendant's device was placed on "lockout" as of May 25, 2019. This lockout notification is due to lack of payment. Mr. Alfaro has not submitted to a Breathalyzer testing since May 25, 2019.

**Violation #2:** Steven Ivan Alfaro is alleged to have failed to attend a scheduled appointment at Merit Resource Services (Merit) on May 23, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 4.

On May 17, 2019, Mr. Alfaro attended his drug and alcohol assessment results appointment. He was scheduled to report back to Merit on May 23, 2019, for delayed admission to the treatment program. Mr. Alfaro was a no call/no show for his intake appointment at Merit on May 23, 2019.

**Violation #3:** Steven Ivan Alfaro is alleged to have failed to submit to random urinalysis testing at Merit on May 23, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 7. This same date, Mr. Alfaro also reviewed and signed the substance abuse testing instructions form acknowledging his understanding to the testing requirements.

On May 24, 2019, this officer received information from Merit indicating Mr. Alfaro failed to report to their office to submit to a random drug screen on May 23, 2019.

**Violation #4:** Steven Ivan Alfaro is alleged to have deviated from his location monitoring schedule on May 24, 2019, by traveling to the Wolf Den and a residential housing complex in Wapato, Washington, without obtaining approval from his supervising probation officer.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 1.

On May 24, 2019, Mr. Alfaro called and left a voicemail message requesting permission to attend a job interview at the McDonalds in Toppenish, Washington. Although permission was not approved in advance, BI Total Access System located the defendant at the noted location. However, after Mr. Alfaro's job interview, BI Total Access System revealed the defendant deviated from his schedule by traveling to the Wolf Den gas station and later to the Larena Lane residential housing complex in Wapato, Washington. Mr. Alfaro did not have permission to travel to the Wolf Den nor the residential housing complex in Wapato.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2019

by s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

Re: Alfaro, Steven Ivan
May 28, 2019
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

5/28/2019

Date