# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Alfaro, Steven Ivan | Docket No. | 0980 1:18CR02070-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Steven Ivan Alfaro, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 5th day of April 2019, under the following conditions:

**Special Condition #6**: Defendant shall submit to portable Breathalyzer testing up to six times per day. Defendant is responsible for the cost of the device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Steven Ivan Alfaro is alleged to have skipped the scheduled 6 to 7 a.m. Breathalyzer tests on June 19, 21, and 25, 2019. He has also failed to submit to Breathalyzer testing since 2 p.m. as of June 25, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 6. On April 23, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.

On June 20, 22, and 26, 2019, this officer received a daily testing summary report from Smart Start regarding Breathalyzer results. The daily summary report indicated the defendant skipped his Breathalyzer testing during the 6 a.m. to 7 a.m. testing period on June 19, 21, and 25, 2019. The defendant was confronted regarding his failure to comply. Mr. Alfaro claims he missed taking the tests because he overslept. Despite the defendant having skipped these tests, to his credit, he tested outside the testing window period, nearly a hour late, and all tests provided have returned with negative results. Mr. Alfaro has been reminded on numerous occasions to submit to testing as scheduled.

Furthermore, on June 26, 2019, this officer received a notice from Smart Start indicating the defendant's device was placed on "lockout" as of June 25, 2019. This lockout notification is due to lack of payment for services. Mr. Alfaro has not submitted to a Breathalyzer testing since 2 p.m. on June 25, 2019, and is no longer in compliance with the Breathalyzer testing program.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 26, 2019 |
| by | s/Jose Zepeda |
|  | Jose Zepeda<br>U.S. Pretrial Services Officer |

PS-8
Re: Alfaro, Steven Ivan
June 26, 2019
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer
6/26/2019

Date