UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Alfaro, Steven Ivan | Docket No. | 0980 1:18CR02070-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Steven Ivan Alfaro, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 5th day of April 2019, under the following conditions:

**Special Condition #7**: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the U.S. Probation/Pretrial Services office.

**Special Condition #4**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the Unites States Probation/Pretrial service office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Steven Ivan Alfaro is alleged to have failed to submit to random urinalysis testing at Merit resource Services (Merit) on July 15, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 7. This same date, Mr. Alfaro also reviewed and signed the substance abuse testing instructions form acknowledging his understanding to the testing requirements.

On July 15, 2019, this officer conducted a home visit at the defendant's residence. Mr. Alfaro indicated his color was called and he needed to go to Merit to submit to a drug screen. Mr. Alfaro was advised this officer could collect the specimen so he would not have to travel to Merit. Mr. Alfaro stated he could not produce a specimen and elected to go to Merit instead. Mr. Alfaro's location monitoring schedule was approved so he could go to Merit and submit to a drug screen.

On July 16, 2019, this officer received information from Merit indicating Mr. Alfaro failed to report to their office to submit to a random drug screen on July 15, 2019.

**Violation #2:** Steven Ivan Alfaro is alleged to have failed to attend drug and alcohol treatment group sessions at Merit on July 22, 23, and 24, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 4.

On June 12, 2019, Mr. Alfaro enrolled in intensive outpatient treatment at Merit. He was scheduled to attend treatment on Mondays, Tuesdays, and Wednesdays. According to his counselor, Mr. Alfaro was a no call/no show for treatment on July 22, 23, and 24, 2019. The counselor further reported the person with whom Mr. Alfaro was getting a ride to and from treatment is still attending but the defendant is not.

PS-8

Re: Alfaro, Steven Ivan
July 24, 2019
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 25, 2019 |
| by | s/Jose Zepeda |
|  | Jose Zepeda<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

7/25/2019
Date