# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Alfaro, Steven Ivan | Docket No. | 0980 1:18CR02070-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Steven Ivan Alfaro, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 5th day of April 2019, under the following conditions:

**Special Condition #4**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the Unites States Probation/Pretrial service office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3**: Steven Ivan Alfaro is alleged to have failed to attend drug and alcohol treatment group sessions at Merit on July 29, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 4.

On June 12, 2019, Mr. Alfaro enrolled in intensive outpatient treatment at Merit. He was scheduled to attend treatment on Mondays, Tuesdays, and Wednesdays. On July 30, 2019, while reviewing the defendant's location monitoring points, this officer noticed he did not leave his residence during the time being scheduled to attend treatment. On August 1, 2019, this officer spoke with staff at Merit who confirmed the defendant failed to attend treatment on July 29, 2019. Staff further advised a staffing is scheduled on Monday, August 5, 2019, to determine if Mr. Alfaro should continue at this level of treatment.

PRAYING THAT THE COURT WILL INCORPORATE THIS VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | August 2, 2019 |
| by | s/Jose Zepeda | |
| | Jose Zepeda U.S. Pretrial Services Officer | |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dmke*

Signature of Judicial Officer

8/2/2019

Date