PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2019**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Alfaro, Steven Ivan | Docket No. | 0980 1:18CR02070-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Steven Ivan Alfaro, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 5th day of April 2019, under the following conditions:

**Special Condition #6**: Defendant shall submit to portable Breathalyzer testing up to six times per day.  Defendant is responsible for the cost of the device.

**Special Condition #7**: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the U.S. Probation/Pretrial Services office.

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorised medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Steven Ivan Alfaro is alleged to have failed to submit to a scheduled Breathalyzer test through the Smart Start testing program on September 7, 9, 10, 11, and 23, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro.  He acknowledged an understanding of his conditions, which included special condition number 6.  On April 23, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.  On September 6, 2019, Mr. Alfaro re-enrolled in the Breathalyzer testing program after having been on "lockout" status for a period of 12 days.

On September 8, 10, 11, and 12, 2019, this officer received the daily testing summary report from Smart Start regarding skipped Breathalyzer tests for September 7, 9, 10 and 11, 2019.  The summary report indicated the defendant failed to submit to Breathalyzer testing during the 6 a.m. to 7 a.m. testing period.  As a result of this noncompliance, the defendant has been confronted regarding this requirement. The defendant had no excuse other than he had slept through the sound of the Smart Start Breathalyzer device.  We discussed him going to bed early so he is able to wake up and submit Breathalyzer testing.  Mr. Alfaro was verbally reprimanded and warned continued skipped tests would be reported to the Court requesting action. Mr. Alfaro initially showed compliance with minor incidents being a few minutes late after the testing period had passed. However, on September 24, 2019, this officer received the daily testing summary report from Smart Start regarding skipped Breathalyzer tests for September 23, 2019.  The summary report indicated the defendant failed to submit to Breathalyzer testing during the 6 a.m. to 7 a.m., 10 a.m. to 11 a.m., and 10 p.m. to 11 p.m. testing periods.

**Violation #2**: Steven Ivan Alfaro is alleged to have failed to submit to random urinalysis testing at Merit Resource Services (Merit) on September 19, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro.  He acknowledged an understanding of his conditions, which included special condition number 7.  This same date, Mr. Alfaro also reviewed and signed the substance abuse testing instructions form acknowledging his understanding of the testing requirements.

**PS-8**
**Re: Alfaro, Steven Ivan**
**September 25, 2019**
**Page 2**

On September 20, 2019, this officer received information from Merit indicating Mr. Alfaro failed to report to their office to submit to a random drug screen on September 19, 2019.

**Violation #3**: Steven Ivan Alfaro is alleged to have tested positive for marijuana on September 16, 2019.

On April 9, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Alfaro. He acknowledged an understanding of his conditions, which included special condition number 9.

On September 16, 2019, Mr. Alfaro reported to Merit for a drug and alcohol reassessment. As part of the assessment process, a urine sample was collected for a drug screen. According to the Merit counselor, the test submitted by the defendant at the time of intake returned positive for the presence of marijuana showing a tetrahydrocannabinol (THC) level at 300 ng/ml. Further, the specimen provided also returned diluted. Mr. Alfaro denies the use of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  September 25, 2019

by   s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_

Signature of Judicial Officer

9/26/2019

Date