PROB 12C
(6/16)

Report Date: March 26, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ivan Alfaro     Case Number: 0980 1:18CR02070-SAB-1

Address of Offender: Last reported:     Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 18, 2019

Original Offense:     Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113 (a)(6) and 1153

Original Sentence:     Prison - 4 months;     Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:     Ben Seal     Date Supervision Commenced: December 26, 2019

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: December 25, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Alfaro is considered to be in violation of his conditions of supervised release by failing to report to the United States Probation Office on March 3 and 10, 2020, and failing to call his probation officer on March 24, 2020.

Mr. Alfaro's conditions were reviewed with him on December 27, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

On February 25, 2020, Mr. Alfaro was provided instructions to report to the probation office on March 2, 2020, which he failed to do.

On March 3, 2020, the undersigned called Mr. Alfaro, leaving him a voice mail instructing the offender to call the undersigned, which he failed to do.

Prob12C
Re: Alfaro, Steven Ivan
March 26, 2020
Page 2

On March 4, 2020, the undersigned officer conducted a home visit. A relative of the offender committed to provide Mr. Alfaro with written reporting instructions provided by the undersigned, instructing the offender to report to the probation office by noon on March 5, 2020, which he failed to do.

On March 5, 2020, additional probation officers attempted to contact Mr. Alfaro at his home. They observed children and a teenager in the home, but received no response to the knocks on the door. A business card was left instructing Mr. Alfaro to report by 3 p.m., to which he complied. The offender confirmed he received the instructions, reporting a lack of transportation and a telephone as reasons he did not report earlier.

On March 10, 2020, Mr. Alfaro failed to report to the United States Probation Office as previously instructed. On March 17, 2020, Mr. Alfaro called the undersigned officer reporting he was evicted from his residence and that attempting to secure housing was the reason for failing to report. A home contact was scheduled for March 19, 2020, which was rescheduled to March 20, 2020, due to the coronavirus disease 2019 (COVID-19).

On March 20, 2020, the undersigned attempted a home contact at the offender's last known address, to which my knocking had no response. A business card was left on the door, which included instructions for Mr. Alfaro to contact the probation office before 3 p.m., which he failed to do.

On March 24, 2020, the undersigned spoke with a relative of the offender, who committed to provide Mr. Alfaro with instructions to contact his supervising officer, which he failed to do. Follow up contact with the relative confirmed Mr. Alfaro received the instructions.

2       **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Alfaro is considered to be in violation of his conditions of supervised release by failing to live at a place approved by the probation officer as of March 26, 2020.

Mr. Alfaro's conditions were reviewed with him on December 27, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 5, as noted above.

On January 14, 2020, an initial home inspection was completed, approving Mr. Alfaro to reside with his brother at 624-B Larena Lane, Wapato, Washington.

On March 17, 2020, Mr. Alfaro reported he was evicted from his residence. The offender reported he would ask a relative if he could live with her. Mr. Alfaro was reminded he must report his new address immediately, which he failed to do. Attempts to contact Mr. Alfaro for follow up were conducted on March 20 and 24, 2020, were unsuccessful. The

undersigned has not been able to confirm where the offender is living and his whereabouts is currently unknown.

3    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Alfaro is considered to be in violation of his conditions of supervised release by failing to attend drug and alcohol treatment sessions on February 19, 21, 24, 27, and 28, 2020; as well as on March 2, 4, and 6, 2020.

Mr. Alfaro's conditions were reviewed with him on December 27, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

On March 5, 2020, Mr. Alfaro reported to the United States Probation Office. He verbally acknowledged his noncompliant attendances with drug and alcohol treatment at Merit Resource Services (Merit). The offender reported barriers to childcare, reliable transportation, and a functioning telephone as justifications for not attending Merit or requesting intervention from the probation office.

On March 9, 2020, the undersigned officer spoke with a Merit treatment provider. The provider reported Mr. Alfaro's noncompliance with treatment includes walking out of group an hour early on this date as well.

On March 17, 2020, Mr. Alfaro was confronted in regard to the report received from the provider. Mr. Alfaro changed his reason for missing drug and alcohol treatment by reporting he has been searching for housing. The undersigned reminded Mr. Alfaro of his previous report, which he stated were also reasons he has missed group.

4    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Alfaro is considered to be in violation of his conditions of supervised release by providing a urine sample on March 5, 2020, which tested positive for methamphetamine and amphetamine.

Mr. Alfaro's conditions were reviewed with him on December 27, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 5, as noted above.

On March 5, 2020, Mr. Alfaro reported to the United States Probation Office. A urinalysis was collected, which was confirmed positive by Alere Toxicology Services (Alere) for the presence of methamphetamine and amphetamine.

Prob12C
**Re: Alfaro, Steven Ivan**
**March 26, 2020**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/30/2020

Date