PROB 12C
(6/16)

Report Date: July 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Ivan Alfaro | Case Number: 0980 1:18CR02070-001 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2019

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury , 18 U.S.C. § 113 (a)(6) and 1153 | |
| Original Sentence: | Prison - 4 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>October 8, 2020 | Prison - 3 months<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: December 15, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 14, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Alfaro is alleged to be in violation of his supervised release conditions by consuming alcohol on June 15, 2021.

Mr. Alfaro's conditions of supervised release were reviewed with him on December 15, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 5, as noted above.

On June 15, 2021, the below said officer received notification from the Union Gap Police Department that Mr. Alfaro had been contacted in Union Gap, Washington, at Martin Luther King Jr. elementary school (MLK) for fighting in public. According to the Union Gap police officer's report, Mr. Alfaro and his friend got into a physical altercation. Police were called and upon arrival, the fight was broken up.  The police report noted that both parties were

Prob12C
Re: Alfaro, Steven Ivan
July 2, 2021
Page 2

under the influence of alcohol. According to the police report, upon contact the officers could smell a strong odor of alcohol coming from both subjects and both showed signs of intoxication. It was noted, Mr. Alfaro had slurred speech and struggled with his balance.

2   **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Alfaro is alleged to be in violation of his supervised release conditions by being charged with fighting in public (case number: 21U002818) on June 15, 2021.

Mr. Alfaro's conditions of supervised release were reviewed with him on December 15, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 1.

On June 16, 2021, the below said officer received a police report from the Union Gap Police Department advising Mr. Alfaro had been contacted in Union Gap, Washington, on June 15, 2021, for fighting in public. According to the police report, officers were dispatched to Martin Luther King, Jr. elementary school (MLK) in Union Gap, in reference to a fight in progress. Dispatch advised two males were fighting in the school parking lot. Per the report, one male was on the ground while the second male was standing over him kicking and hitting the male that was on the ground. Officers arrived in the area and located the subjects, described as two Native American males in their 20s and a Native American female also in her 20s. The subjects were located in the south parking lot of MLK. Both male subjects were not wearing shirts and were lying on the blacktop surface. Per officers, they were still actively fighting. Both subjects were covered in blood and had injuries to their faces. Subject 1, later identified as Steven I. Alfaro, was on his back in the guard fighting position. Subject 2 was straddled on top of Steven delivering several closed fist punches and elbow strikes to Steven's head and face. According to the report, Steven was having a hard time defending himself and it appeared he was about to lose consciousness. Officers approached the subjects and yelled at Subject 2 to stop. Per the report, Subject 2 failed to comply and kept delivering elbow strikes to Steven's face. Subject 2 then grabbed Steven's hair, lifted his head and slammed it down against the concrete curb. As noted in the report, due to Subject 2's violent behavior, refusing "stop commands," and fearing for Steven's safety, an officer upholstered and activated their department issued Taser. Per the report, the officer pointed the Taser at Subject 2's back and was about to deploy the Taser when he stopped fighting.

According to the police report, both have been charged with fighting in public (case number 21U002818).

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Alfaro is alleged to be in violation of his supervised release conditions by being charged with assault and battery domestic violence and abduction (incident number 21C10904) on July 1, 2021.

Mr. Alfaro's conditions of supervised release were reviewed with him on December 15, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 1.

On July 1, 2021, the below said officer received two law enforcement notifications via email regarding Mr. Alfaro having law enforcement contact and subsequently being arrested. On

Prob12C
**Re: Alfaro, Steven Ivan**
**July 2, 2021**
**Page 3**

July 2, 2021, this officer made contact with the Yakama Nation Tribal Correctional Facility and was informed Mr. Alfaro had been arrested on July 1, 2021, for assault and battery domestic violence and abduction (incident number 21C10904). According to the tribal jail correctional officer, the tribe is currently holding arraignments on Mondays, Wednesdays and Fridays. The correctional officer stated Mr. Alfaro was not on the docket for July 2, 2021. He stated due to the Fourth of July holiday being observed on Monday, July 5, 2021, Mr. Alfaro will most likely be on the docket Wednesday, July 7, 2021.

On July 1 and 2, 2021, the probation office requested copies of the above-alleged incident report. As of the submission of this report, they have not been received; however, this officer received a copy of the Toppenish Police Department dispatch call leading up to Mr. Alfaro's arrest on July 1, 2021. Per the dispatch call, Tribal police officers, Yakima County Sheriff deputies, and Toppenish police officers responded to a call requesting a welfare check at Mr. Alfaro's listed residence. According to the information received, a female contacted police advising her sister was sending her text messages stating Mr. Alfaro assaulted her and is not letting her leave the residence.

As status report will be provided to the Court with details regarding this incident once the police report becomes available.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/2/2021

Date