PROB 12C
(6/16)

Report Date: February 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 03, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Steven Ivan Alfaro | Case Number: | 0980 1:18CR02070-SAB-1 |
| Address of Offender: | ▇▇▇▇▇▇▇▇▇▇▇▇ Toppenish, Washington 98948 | | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6) and 1153 | | |
| Original Sentence: | Prison - 4 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>October 8, 2020 | Prison - 3 months<br>TSR - 33 months | | |
| Revocation Sentence:<br>November 17, 2021 | Prison - Credit for time served<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | November 22, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | September 21, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Alfaro is alleged to be in violation of his supervised release conditions by consuming alcohol on or about February 3, 2022.<br><br>Mr. Alfaro's conditions of supervised release were reviewed with him on December 29, 2021. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 5, as noted above. |

Prob12C
Re: Alfaro, Steven Ivan
February 3, 2022
Page 2

On February 3, 2022, this officer was contacted by Mr. Alfaro's girlfriend (victim) advising he was arrested by Tribal police and booked into the Yakama Correctional Facility earlier this same date. This officer requested a copy of the police report from the Tribal Police Department. According to the Tribal police report, Mr. Alfaro was arrested for assault and battery domestic violence against his girlfriend (victim). Per the victim's statement, Mr. Alfaro was intoxicated and became physically aggressive with her. The report further states the victim's five-year-old daughter intervened and pushed Mr. Alfaro away from her mother. The victim stated Mr. Alfaro was "so intoxicated" he fell, therefore allowing her to leave the residence with her two children.

2    **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Alfaro is alleged to be in violation of his supervised release conditions by being charged with RYC 10.01.11, Assault and Battery Domestic Violence; and RYC 10.01.153, Threats to LEO (citation number 73024).

Mr. Alfaro's conditions of supervised release were reviewed with him on December 29, 2021. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 1, as noted above.

On February 3, 2022, this officer received a text message from Mr. Alfaro's girlfriend advising he was arrested at their home and booked into the Yakama Nation Correctional Facility. This officer contacted the Tribal Police Department and requested a copy of the police report. On February 3, 2022, this officer received the police report (case number 22-000695). According to the police report, officers were called by a neighbor where Mr. Alfaro and his girlfriend reside. The neighbor stated her daughter heard "banging" and the front door was open to their apartment. It was also reported there were clothes outside of the apartment. Per the report, upon arrival the neighbor made contact with police and stated the victim left the scene along with her two children. Officers knocked on the apartment door, but there was no answer. The neighbor informed police there was a possible domestic incident on January 24, 2022, as well. After officers completed their record's check of the occupants of the apartment, they confirmed the suspect residing in the apartment was Mr. Alfaro and the renter of the apartment was his girlfriend (victim). Officer's contacted the victim via her cellular telephone. She advised she was picked up from the scene and would return to make contact with officers.

Upon returning to the scene, the victim told officers her boyfriend, Mr. Alfaro, was intoxicated and started getting physical with her. She explained she was holding her 3-month-old son when Mr. Alfaro aggressively grabbed her by the arms. She stated Mr. Alfaro also threatened to slap her several times.

Officers entered the home and found Mr. Alfaro sleeping in the bedroom and arrested him. Per the arresting officer, Mr. Alfaro was escorted and seated in the back of his patrol car. According to the officer's report, Mr. Alfaro was acting "disorderly" and kept calling him a "little bitch" and attempted to pull away from him when being seated in the vehicle. Per the officer, before he closed the door, Mr. Alfaro spat in his direction.

In addition, per the arresting officer, while transporting Mr. Alfaro to the Yakama Nation Corrections Facility, Mr. Alfaro was making "threats" by stating he was going to "bury" the officer when he gets out and that the officer better "watch his back."

Prob12C
Re: Alfaro, Steven Ivan
February 3, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/03/2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/3/2022

Date