PROB 12C
(6/16)

Report Date: October 5, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ivan Alfaro          Case Number: 0980 1:18CR02070-SAB-1

Last Known Address of Offender: ███████████████ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2019

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6) and 1153 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 4 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>October 8, 2020 | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>November 17, 2021 | Prison - Credit for time served<br>TSR - 33 months | |

| | | |
|---|---|---|
| Assistant U.S. Attorney: | Francis Walker | Date Supervision Commenced: November 22, 2021 |
| Defense Attorney: | Gregory Lee Scott | Date Supervision Expires: September 21, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Order Releasing Defendant to Inpatient Treatment (ECF. 203):** Defendant shall successfully complete the James Oldham Treatment Center (JOTC) substance abuse program and all recommended aftercare upon completion of it. |
| | **Supporting Evidence**: Mr. Alfaro is alleged to be in violation of his supervised release conditions by being unsuccessfully discharged from JOTC on October 3, 2022. |
| | Mr. Alfaro's conditions of supervised release were reviewed with him on December 29, 2021. He signed his conditions of supervision acknowledging an understanding of his conditions. On August 30, 2022, Mr. Alfaro appeared before Your Honor and was advised in person of his requirement to complete inpatient treatment and all recommended aftercare. |

**Prob12C**
**Re: Alfaro, Steven Ivan**
**October 5, 2022**
**Page 2**

On August 30, 2022, Mr. Alfaro appeared before Your Honor on a third revocation process of his supervised release.  He was ordered to enter inpatient treatment, initially at American Behavioral Health Services (ABHS), however, due to an outbreak of the coronavirus, the facility was changed to James Oldham Treatment Center (JOTC)  in Buena, Washington. The Court went over Mr. Alfaro's conditions of release with him in person. He was ordered to release from the Yakima County Jail on September 8, 2022, to be transported to inpatient treatment by JOTC staff. Mr. Alfaro's revocation hearing was continued until after the completion of inpatient treatment.

On October 4, 2022, this officer made contact with Mr. Alfaro's counselor at JOTC to confirm he would be completing inpatient treatment on October 7, 2022, and to secure a time in order for his family to transport him to the probation office. This officer was advised that on October 3, 2022, Mr. Alfaro was taken to an appointment in the community by staff  and while at the appointment he entered an unknown vehicle. According to his counselor, he then "smoked something," his counselor advised Mr. Alfaro stated it was a tobacco product, however, because he was at an appointment and went into someone's vehicle it was a violation of their program rules and he was discharged.  Per his counselor, the discharge summary will be forthcoming.

On October 4, 2022, Mr. Alfaro called this officer and left a voice message stating he was discharged from JOTC for "no necessary reason." Mr. Alfaro stated JOTC staff told him he deviated due to him sitting in a vehicle while at the Department of Social and Health Services in Yakima, Washington, for an appointment. He further stated "the thing is they leave clients there for 3 hours, so I was just sitting in a car waiting." He further stated he was smoking nicotine. Mr. Alfaro stated he would have called this officer on October 3, 2022, however, he did not have a cellular telephone until October 4, 2022.

On October 5, 2022, this officer called the telephone number Mr. Alfaro called from on October 4, 2022, however, there was no answer. This officer left a voice message directing Mr. Alfaro to report to the probation office this date. To be noted, Mr. Alfaro's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/05/2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Alfaro, Steven Ivan**
**October 5, 2022**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

<u>                10/5/2022                </u>
Date